PAULA SCHISANO, ADMINISTRATRIX *AD PROSEQUENDUM* AND ADMINISTRATRIX OF THE ESTATE OF JOHN SCHISANO, DECEASED, PLAINTIFF-RESPONDENT, v. BRICKSEAL REFRACTORY CO., A CORPORATION, XZIT BRICKSEAL CO., A CORPORATION, AND XZIT CHEMICAL CO., A CORPORATION, DEFENDANTS-APPELLANTS.

Argued October 11, 1960—Decided October 24, 1960.

*Mr. John W. Taylor* argued the cause for the appellants.

*Mr. Bernard Chazen* argued the cause for the respondent (*Messrs. Baker, Garber & Chazen,* attorneys).

PER CURIAM. The judgment is affirmed for the reasons expressed in the majority opinion of Judge Sullivan in the court below.

*For affirmance*—Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS and PROCTOR—4.

*For reversal*—Justices BURLING, HALL and SCHETTINO—3.